# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:11-CR-062** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **JEREMY T. BRASHEAR** | : | |

## ORDER

Pending before the Court is Defendant Brashear's Motion (Doc. 47) requesting that the Court enter an Order directing that Mr. Brashear's place of incarceration pending disposition of the criminal charges be transferred from the Columbia County Prison to another appropriate facility.

After consideration of the respective positions of the parties, the Court finds the request for transfer to be meritorious and is GRANTED.

AND NOW, this 29th day of June, 2012, it is hereby ORDERED:

1. The United States Marshal's Service shall make arrangement for the incarceration of pretrial detainee Brashear at a facility other than Columbia County Prison.

2. After the transfer arrangements have been made, the United States Marshal's Service shall transport Jeremy Brashear and his property from Columbia County Prison to the alternate facility.

3. To the extent practicable, the Court recommends that the defendant be transferred to a facility as close as possible to Williamsport, Pennsylvania, and that special consideration be given to housing the defendant at Lycoming County Prison.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge