# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:11-CR-0062** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **JEREMY T. BRASHEAR** | : | |

## **ORDER**

AND NOW, this 18th day of November, 2013, upon consideration of the government's motion (Doc. 90) to quash defendant's subpoena, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The government's motion (Doc. 90) to quash defendant's subpoena is GRANTED.

2. The subpoena is QUASHED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania