IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:11-CR-0062** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JEREMY T. BRASHEAR**, | : | |
|       **Defendant** | : | |

## ORDER

AND NOW, this 10th day of December, 2018, following a hearing on the petition (Doc. 126) for revocation of supervised release as to defendant Jeremy T. Brashear, which was held on this date and wherein the court found that the defendant did violate the terms of supervision, it is hereby ORDERED that the defendant's current term of supervised release, as set forth in the original judgment (Doc. 115) of this court, dated April 15, 2014, shall be continued, with the defendant to be re-committed to participation and completion of the sex offender treatment program at Commonwealth Clinical Group, in Harrisburg, Pennsylvania, with the court's emphatic direction that said treatment provider assign the defendant to a new therapist and a new treatment group for purposes of the same.

                                          /S/ CHRISTOPHER C. CONNER
                                          Christopher C. Conner, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania